# UNITED STATES COURT OF APPEALS
## FIFTH CIRCUIT

_____

No. 00-41016

_____

In the Matter of: SYLVIA E MARKS,

Debtor,

ANTOINETTE HARDY

Appellant,

versus

GENERAL MOTORS ACCEPTANCE CORPORATION,

Appellee.

_____

In The Matter Of: ANTOINETTE HARDY,

Debtor,

ANTOINETTE HARDY,

Appellant,

versus

GENERAL MOTORS ACCEPTANCE CORPORATION,

Appellee.

Appeal from the United States District Court
For the Eastern District of Texas
U.S.D.C. No. 1:00-CV-31

August 13, 2001

Before EMILIO M. GARZA, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *See In re Smithwick*, 121 F.3d 211 (5th Cir. 1997).

---

[*]     Pursuant to 5ᵀᴴ Cɪʀ. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ Cɪʀ. R. 47.5.4.